**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ARTURO OCHOA,            )
                         )
    Petitioner,     )    3:02-cv-0596-ECR-VPC
                         )
vs.                      )    **ORDER**
                         )
E.K. McDANIEL, *et al.*,  )
                         )
    Respondents.    )
_____/

This habeas corpus action was dismissed, and judgment entered more than nine years ago, on October 14, 2003 (docket #23 and #24). Thereafter, petitioner attempted an appeal, but was denied a certificate of appealability by the Ninth Circuit Court of Appeals (docket #39). Petitioner has since filed three notices of motion (docket #42 and #43 and #45) the purpose of which is not entirely clear, but which attempt to inform the court of some miscellaneous facts or circumstances he has experienced.

The case has been long closed. The pending motions shall be denied as irrelevant and incomprehensible. The Clerk shall send to petitioner a copy of the Ninth Circuit Court of Appeals' order deny him a certificate of appealability and no further documents shall be filed in this action.

**IT IS SO ORDERED.**

DATED this 6th day of June 2012.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE